-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON D. COOPER,

        Plaintiff,

    -v-

TRAVIS HILL, et al.,

        Defendants.

**DECISION and ORDER**
12-CV-1227S(Sc)

---

Plaintiff has filed a *pro se* complaint under 42 U.S.C. § 1983 and has previously requested appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). This Court is required to see that all litigants receive proper representation of counsel under the criteria set forth in *Cooper v. A. Sargenti Co.*, 877 F.2d 170 (2d Cir. 1989), and *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986). In addition, courts have the inherent authority to assign counsel to represent private indigent litigants. See In re Smiley, 36 N.Y.2d 433, 438 (1975).

Additionally, each lawyer — especially those who are admitted to practice in federal court and who therefore are in a position to reap the benefits of such practice — has a professional obligation to provide *pro bono* services for the poor. See New York Rules of Professional Conduct, Rule 6.1. In addition, Rule 83.1(f) of the Local Rules of Civil Procedure provides as follows:

> Every member of the bar of this Court who maintains, or whose firm maintains, an office in this District, shall be available upon the Court's request for appointment to represent or assist in the representation of indigent parties. Appointments under this Rule shall be made in a manner such

that no Member shall be requested to accept more than one appointment during any twelve-month period.

It is in this spirit that the Court assigns William Chen, Esq., 7954 Transit Road, #241, Williamsville, New York 14221, *pro bono*, to faithfully and diligently represent plaintiff in this case.

The Clerk of the Court is directed to forward a copy of this order, the Docket Sheet and the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1]  The Chief Judge of the Court will also issue an Order directing PACER to waive its fees so pro bono counsel can access and print at no cost to him or his firm any other documents filed herein that he may need.

A Status Conference is currently scheduled before the undersigned on **March 4, 2015 at 9:00 am** at the Buffalo Courtroom, 9th Floor, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.

SO ORDERED

Dated:    January 27, 2015
         Buffalo, New York

                                             s/William M. Skretny
                                          WILLIAM M. SKRETNY
                                               Chief Judge
                                         United States District Court

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home page located at: http://www.nywd.uscourts.gov//pro-bono-program-district-court-fund.