UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JASON D. COOPER,

                Plaintiff,

     v.                                   **PRETRIAL ORDER**
                                          12-CV-1227S

TRAVIS HILL and SHAWN VANHORN,

                Defendants.

This case has been scheduled for jury selection and trial to commence on June 13, 2023, at 9:30 a.m. in the United States Courthouse, 2 Niagara Square, Buffalo, New York. Counsel shall notify this Court immediately if a pretrial resolution has been reached.

A final pretrial conference will be held on May 3, 2023, at 9:00 a.m. A final status conference will be held on June 12, 2023, at 9:00 a.m. <u>Please note that counsel responsible for trying the case must attend the final pretrial conference and the final status conference.</u>

To facilitate a fair and expeditious trial of this matter, this Court requires counsel to prepare and provide pretrial submissions. Local Rule 16 (e) similarly requires counsel to prepare pretrial statements. The required pretrial submissions are described in more detail in the attachment to this Order.   The attachment is designed to guide counsel to Rule 16 (e) compliance.   Set forth below are the deadlines for the various pretrial submissions described in the attachment.   Unless otherwise noted, these submissions should be filed with the Clerk of Court and served on opposing counsel.

1.      **March 29, 2023**

        Plaintiff(s):          Trial brief and any other legal memoranda
                                       Witness List
                                       Exhibit List
                                       Exhibits
                                       Proposed Voir Dire*
                                       Proposed Jury Charge and Verdict Form

        Defendant(s):     Trial brief and any other legal memoranda
                                       Witness List
                                       Exhibit List
                                       Exhibits
                                     Proposed Voir Dire*

3.      **April 12, 2023**

        Plaintiff(s):          Motions in Limine*

        Defendant(s):     Motions in Limine*
                                       Response to Plaintiff's Proposed Jury Charge and Verdict Form

4.      **April 19, 2023**

        Plaintiff(s):          Response to Motions in Limine*

        Defendant(s):     Response to Motions in Limine*

5.      **April 26, 2023**

        Plaintiff(s):          Reply to Motions in Limine*
                                       Joint Statement of the Case

        Defendant(s):     Reply to Motions in Limine*

*If appropriate

6.      **June 6, 2023**

      Plaintiff(s):      All exhibits, tabbed and in binders (to this Court)

      Defendant(s):     All exhibits, tabbed and in binders (to this Court)


      SO ORDERED.


Dated:  November 17, 2022
        Buffalo, New York

                           <u>s/William M. Skretny</u>
                         WILLIAM M. SKRETNY
                     United States District Judge

Attachment:  Pretrial Order Attachment (Civil-Jury)

*If appropriate